# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN DALE PREACHER,   )
          )
    Plaintiff,   )   Civil Action No. 19-1207
          )
    v.     )   Judge Cathy Bissoon
          )   Magistrate Judge Richard A. Lanzillo
CORRECT CARE SERVICES, *et al.*, )
          )
    Defendants.  )

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 29, 2021, the Magistrate Judge issued a Report (Doc. 206) recommending that the Motion to Dismiss (Doc. 129) filed by Defendants PA Kaufman and Correct Care Solutions, LLC be granted.[1]  Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections.  *See* Doc. 212.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: the Motion to Dismiss (Doc. 129) filed by Defendants PA Kaufman and Correct Care Solutions, LLC is **GRANTED**, Plaintiff's claims against Defendants PA Kaufman and Correct Care Solutions are dismissed with prejudice, and the R&R is adopted as the Opinion of the District Court.

---

[1] The Amended Complaint incorrectly identifies these Defendants as "Dr. Kaufnan" and "Correct Care Services."

IT IS SO ORDERED.

March 8, 2021                                    s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):

John Dale Preacher
HU7994
SCI Houtzdale
209 Institution Drive
P.O. Box 1000
Houtzdale, PA 16698-1000