**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| John Dale Preacher, | ) | |
| Plaintiff | ) | |
| | ) | Case No. 2:19-cv-01207 |
| v. | ) | |
| | ) | |
| | ) | Richard A. Lanzillo |
| Correct Care et al., | ) | Chief United States Magistrate Judge |
| Defendants | ) | |

## HEARING MEMO/MINUTE ENTRY

| | |
|---|---|
| **Hearing Date:** | **May 8, 2023** |
| **Time:** | **12:00 PM until 1:30 PM** |
| **Type of Conference:** | **Settlement Conference** |
| **Reporter:** | Janis L. Ferguson |
| **Staff Attorney/Law Clerk:** | John B. "Sean" Heasley |
| **Courtroom Deputy:** | n/a |

**Counsel for Plaintiff**

Katherine E. Eayre, Esq.
Kaavya Ramesh, Esq.

**Counsel for Defendant**

Dept. Atty. Gen. Amelia Goodrich
Yana Warshafsky, Asst. Gen. Counsel, DOC

**Orders, Remarks, Instructions**

A settlement conference was conducted this morning via video application. A settlement was reached and the case has been resolved.

An order administratively closing this matter pending the effectuation of the settlement agreement will issue separately.