# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-1981, 23-2000

John Preacher v. Correct Care Services/Solutions, et al

(U.S. District Court No.: 2-19-cv-01207)

## ORDER

It is hereby ORDERED that the above matters are dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   June 05, 2023
AWI/cc:   Matthew Deluzio, Esq.
Samuel H. Foreman, Esq.
Amelia J. Goodrich, Esq.
Aaron S. Jayman, Esq.
Lauren M. Kelly, Esq.
Benjamin M. Lombard, Esq.
Brandy S. Lonchena,
John Dale Preacher,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate