IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DALE PREACHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECT CARE SERVICES/SOLUTIONS, ET AL.,<br><br>　　　　　Defendants. | No. 2:19-cv-01207-CB-RAL |

### JOINT STATUS REPORT

Pursuant to the Court's May 8, 2023 Order (ECF No. 312) in the above-captioned matter, Plaintiff John Dale Preacher ("Plaintiff") and Defendants Brian Hyde, Nurse Joey Spicher, C.O. Palauzzo, Dan Caro, Eric Tice, John Wetzel, Robert Gilmore, Michael Zaken, Wallace Leggett, Deputy Wadsworth, Melissa R. Hainsworth, Lieutenant Turner, C.O. Dowd, Hearing Examiner Wiggins, Allen Joseph, Major Buzas, Sgt. Gagnon, Anthony Gumbarevic, C.O. W.J. Sanders, Lieutenant Abbott, C.O. Widmer, C.O. Kuzma, C.O. Phillips, Captain Brothers, Lieutenant Howells, C.O. McConnell, Lieutenant Trout, C.O. Ryan T. Prokop, and Counselor Michael Stella (collectively "DOC Defendants"), by and through undersigned counsel, jointly report as follows:

　　1.　Plaintiff and DOC Defendants participated in settlement conferences on May 4, 2023, and May 8, 2023, with the Honorable Richard A. Lanzillo serving as mediator.

　　2.　On May 8, 2023, the parties reached agreement in principle to resolve the case with respect to Plaintiffs' remaining claims against DOC Defendants.

　　3.　Counsel for Plaintiff and DOC Defendants finalized the terms of a Settlement Agreement and General Release of Claims ("Settlement Agreement") on May 25, 2023.

4. The Settlement Agreement was fully executed on May 30, 2023.

5. DOC Defendants have agreed to make prompt and full efforts to ensure that Plaintiff will receive the Settlement Amount within 90 days after full execution of the Settlement Agreement.

6. DOC Defendants completed the internal paperwork for processing the Settlement Amount on June 2, 2023.

7. As of July 6, 2023, Plaintiff had not yet received the Settlement Amount.

8. The Bureau of Finance and Risk Management requested an update about the status of the payment on July 7, 2023, and will request a 6-day expedited payment upon receipt of the necessary paperwork.

9. DOC Defendants anticipate that Plaintiff will receive the Settlement Amount by the end of July 2023.

10. After receipt of the Settlement Amount, Plaintiff will promptly file a stipulation of dismissal with respect to the remaining claims against DOC Defendants.

Dated: July 10, 2023

/s/ Katherine E. Eayre
Katherine E. Eayre (Pa. 328825)
Kaavya Ramesh (Pa. 329154)
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA  15219
Telephone: (412) 391-3939

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Amelia J. Goodrich
Amelia J. Goodrich (Pa. 327192)
Deputy Attorney General
Office of the Attorney General
1251 Waterfront Place, Mezzanine Level
Pittsburgh, PA 15222
Telephone: (412) 510-1418

*Counsel for DOC Defendants*